**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MARK POST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0290-CG-B |
| | ) |
| **PHILLIPS CONSTRUCTION &** | ) |
| **TRUCKING, LLC., et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

As defendant, Kevin Phillips, filed Chapter 7 bankruptcy in 2007 listing plaintiff as a creditor, the plaintiff's claims against Kevin Phillips are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the F.R.Cv.P.

**DONE and ORDERED** this 2nd day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE